UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM BROWN                                                                          PLAINTIFF

v.                               4:18CV00505-SWW-JTK

SALINE COUNTY DETENTION CENTER                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute.

IT IS SO ADJUDGED this 17th day of September, 2018.

                                   /s/Susan Webber Wright

                                   UNITED STATES DISTRICT JUDGE